**Michael A. DUNCAN, Plaintiff–
Appellant,**

v.

**State of VIRGINIA; Joe Frank, Virginia Bar State Mayor (N.N.); Newport News City Jail; N.N.C.J. (Dentistry Department); Mark Warner, State of**

Virginia, Governor; Chuck Moore, N.N. City Sheriff; Mr. Sherman, Dentist of Jail; Charles Moore, Sheriff, Defendants–Appellees.

No. 03–6424.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 18, 2003.

Michael A. Duncan, Appellant Pro Se.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael A. Duncan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Duncan v. Virginia,* No. CA–02–1868–AM (E.D. Va. filed Feb. 19, 2003 & entered Feb. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*